**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00327-LTB-MEH

LIBERTY INSURANCE UNDERWRITERS, INC.,

       Plaintiff,

v.

COLEMAN, EPSTEIN, BERLIN & COMPANY, LLP;
JOHN R. KLUG, as an individual and as trustee for the
JOHN R. KLUG IRA;
CHARLES EVERILL;
PHILIP A. BAUMGARTNER; and
GREG and GRETCHEN BRUNWORTH,

       Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1) (Doc 10 - filed April 18, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                            BY THE COURT:

                              s/Lewis T. Babcock
                            Lewis T. Babcock, Chief Judge

DATED:   April 19, 2006